UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL YOUNG, | ) 1:13-cv—01142-BAM-HC |
| Petitioner, | ) ORDER TRANSFERRING CASE TO THE ) UNITED STATES DISTRICT COURT FOR ) THE EASTERN DISTRICT OF |
| v. | ) CALIFORNIA SITTING IN ) SACRAMENTO, CALIFORNIA (DOC. 1) |
| G. JANDA, Warden, | ) |
| Respondent. | ) |

Petitioner, an inmate of the Calipatria State Prison in Calipatria, California, is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304. Pending before the Court is the petition, which was filed on July 23, 2013.

Petitioner is challenging his conviction of attempted murder and related offenses sustained in 1997. (Pet., doc. 1, 1.) Petitioner alleges that he sustained the conviction in the Superior Court of the State of California, County of Sacramento, which pursuant to Local Rule 120(d) is part of the Sacramento Division of the United States District Court for the Eastern

1

District of California.  (Id.)  Therefore, the petition should have been filed in the Sacramento Division.

Local Rule 120(f) provides that whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with Rule 120, or for other good cause, the Court may transfer the action to another venue within the district.

Good cause appearing, it is ORDERED that:

1) This action is TRANSFERRED to the United States District Court for the Eastern District of California sitting in Sacramento, California; and

2) All future filings shall reference the new Sacramento case number and shall be filed at:

United States District Court
Eastern District of California
501 "I" Street, Suite 4-200
Sacramento, California 95814

IT IS SO ORDERED.

Dated:  **July 25, 2013**                    /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE

2