UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL YOUNG, | No. 2:13-cv-1502 MCE KJN P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| G. JANDA, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. The previous application was filed on February 25, 2004, and was denied on the merits on November 29, 2007. Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application. 28 U.S.C. § 2244(b)(3). Therefore, petitioner's application must be dismissed

1   without prejudice to its re-filing upon obtaining authorization from the United States Court of
2   Appeals for the Ninth Circuit.
3        In addition, petitioner requested the appointment of counsel.  There currently exists no
4   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d
5   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at
6   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing
7   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be
8   served by the appointment of counsel at the present time.
9        In accordance with the above, IT IS HEREBY ORDERED that:
10       1.  Petitioner's application to proceed in forma pauperis (ECF No. 2) is granted; and
11       2.  Petitioner's July 23, 2013 request for appointment of counsel (ECF No. 3) is denied
12           without prejudice.
13       IT IS RECOMMENDED that this action be dismissed without prejudice.
14       These findings and recommendations are submitted to the United States District Judge
15  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
16  after being served with these findings and recommendations, petitioner may file written
17  objections with the court.  If petitioner files objections, he shall also address whether a certificate
18  of appealability should issue and, if so, why and as to which issues.  A certificate of appealability
19  may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the
20  denial of a constitutional right."  28 U.S.C. § 2253(c)(3).  The document should be captioned
21  "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that
22  failure to file objections within the specified time may waive the right to appeal the District
23  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
24  Dated:  August 20, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

27  youn1502.succ